April 14, 2017

**Via: CM/ECF System**

The Honorable United States District Judge George C. Hanks, Jr.
U.S. District Courthouse
601 Rosenberg, Sixth Floor
Galveston, Texas 77550

Re:     Case No. 4:17-cv-00589, Sandbox Logistics, LLC et al. v. Proppant Express
        Investments, LLC et al., in the United States District Court for the Southern District of
        Texas, Houston Division

Judge Hanks:

        The Court requested the parties submit a proposed scheduling order by today, April 14,
2017.  The parties have exchanged a scheduling order, but are still in the process of reaching
agreement on certain matters.   The parties believe that further negotiations will assist in
reaching complete agreement on a proposed schedule.   Therefore, they jointly request an
extension of the deadline to file a proposed scheduling order to April 19, 2017.  The additional
time will enable the parties to determine which issues, if any, they need to present for the
Court's consideration.

Respectfully submitted,

| | | |
|---|---|---|
| _/s/ Charles Walker_ | _/s/ Jeremy Doyle_ | _/s/ Matthew Whitley_ |
| Charles Walker | Jeremy Doyle | Matthew Whitley |
| Counsel for Defendants | Counsel for Defendant | Counsel for Plaintiffs |
| Proppant Express | Liberty Oilfield Services, | |
| Investments, LLC and | LLC | |
| Proppant Express Solutions, | | |
| LLC | | |