IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SANDBOX LOGISTICS, LLC; AND OREN TECHNOLOGIES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PROPPANT EXPRESS INVESTMENTS, LLC; PROPPANT EXPRESS SOLUTIONS, LLC; and LIBERTY OILFIELD SERVICES, LLC, <br><br> Defendants. | § § § § § § § § § § § § § § § Case No. 4:17-cv-00589 |

## APPENDIX TO DEFENDANT PROPX'S RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Date:  May 11, 2017

Respectfully Submitted,

NORTON ROSE FULBRIGHT US LLP
Charles B. Walker (Texas Bar No. 00794808)
Mark Eberhard (Texas Bar No. 24092375)
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel:  (713) 651-5151
Fax:  (713) 651-5246

*Attorneys for Defendants*
*Proppant Express Investments, LLC and*
*Proppant Express Solutions, LLC*

## TABLE OF EXHIBITS

| Exhibit | Description |
|---------|-------------|
| 7 | Sandbox v. Grit Amended Complaint |
| 8 | March 2017 US Patent Office Statistics ("USPTO Statistics") |

Respectfully submitted,

Date:  May 11, 2017

By    /s/ *Charles B. Walker, Jr.*
Charles B. Walker Jr.
*Attorney-in-charge*
Texas Bar No. 00794808
S.D. Tex. Bar No. 19307
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel:  (713) 651-5151
Fax:  (713) 651-5246
charles.walker@nortonrosefulbright.com

OF COUNSEL:

NORTON ROSE FULBRIGHT US LLP
Mark Eberhard (Texas Bar No. 24092375)
mark.eberhard@nortonrosefulbright.com
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel:  (713) 651-5151
Fax: (713) 651-5246

***Attorneys for Defendants***
***Proppant Express Investments, LLC***
***and Proppant Express Solutions, LLC***

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on counsel for all parties by electronic service on May 11, 2017.

>
> */s/ Charles B. Walker Jr.*
> Charles B. Walker Jr.
> Charles.walker@nortonrosefulbright.com
> *Counsel for Proppant Express Investments, LLC and Proppant Express Solutions, LLC*