United States District Court
Southern District of Texas
**ENTERED**
June 30, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SANDBOX LOGISTICS, LLC; and OREN TECHNOLOGIES, LLC, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 4:17-cv-00589 |
| PROPPANT EXPRESS INVESTMENTS, LLC; PROPPANT EXPRESS SOLUTIONS, LLC; and LIBERTY OILFIELD SERVICES, LLC, | § § § § § § | |
| Defendants. | § | |

### FIRST AMENDED PATENT CASE SCHEDULING ORDER

The Court GRANTS the unopposed motion by Defendants to modify the case schedule and accordingly AMENDS the Scheduling Order (Doc. 45) as follows:

28416379.1

|   | **Current Deadline** | **Proposed Deadline** |   |
|---|---|---|---|
| 2 | July 6, 2017 | July 20, 2017 [6 weeks after # 1] | Comply with P.R. 3-3 and 3-4: **Parties to serve preliminary invalidity contentions** and make document production. Thereafter, it is necessary to obtain leave of Court to add and/or amend invalidity contentions, pursuant to P.R.. 3-7.<br><br>Add any **inequitable conduct allegations** to pleadings. Before this date, it is not necessary to file a motion for leave to add inequitable conduct allegations to pleadings. Thereafter, it is necessary to obtain leave of court to add inequitable conduct allegations to pleadings. |
| 3 | July 20, 2017 [2 weeks after # 2] | August 3, 2017 [2 weeks after # 2] | Comply with P.R. 4-1: **Parties' exchange of proposed terms and claim elements needing construction.** |
| 4 | August 10, 2017 [3 weeks after # 3] | August 24, 2017 [3 weeks after # 3] | Comply with P.R. 4-2: **Parties' exchange of preliminary claim constructions and extrinsic evidence.**<br><br>**Privilege Logs** to be exchanged by parties (or a letter to the Court stating that there are no disputes as to claims of privileged documents). |
| 5 | September 7, 2017 [9 weeks after # 2; 17 weeks after Scheduling Conf.] | September 21, 2017 [9 weeks after # 2; 17 weeks after Scheduling Conf.] | Deadline to comply with P.R. 4-3: **Filing of joint claim construction and pre-hearing statement.**<br><br>**Disclosure of parties' claim construction experts &** service of FED. R. CIV. P. 26(a)(2) materials. |
| 6 | September 7, 2017 [matches # 5] | September 21, 2017 [matches # 5] | **Deadline for all parties to file amended pleadings (pre-claim construction).** It is not necessary to file a Motion for Leave to Amend before the deadline to amend pleadings. (It |

| | | | |
|---|---|---|---|
| | | | will be necessary to file a Motion for Leave to Amend after this deadline.)<br><br>**NOTE:** If the amendment would affect preliminary infringement contentions or preliminary invalidity contentions, a motion must be made pursuant to P.R. 3-7 irrespective of whether the amendment is made prior to this deadline. |
| 7 | **September 21, 2017**<br>[2 weeks after # 6; generally 19 weeks after Scheduling Conf.] | **October 5, 2017**<br>[2 weeks after # 6; generally 19 weeks after Scheduling Conf.] | **Responses to amended pleadings due.** |

All other deadlines remain the same.

SIGNED, at Galveston, Texas, this 27th day of June, 2017.

*/s/ George C. Hanks Jr.*
George C. Hanks Jr.
United States District Judge