IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SANDBOX LOGISTICS, LLC** and **OREN TECHNOLOGIES, LLC** | § § § | |
| *Plaintiffs*, | § § | **CIVIL ACTION NO. 4:17-CV-00589** |
| v. | § § | |
| **PROPPANT EXPRESS INVESTMENTS, LLC; PROPPANT EXPRESS SOLUTIONS, LLC;** and **LIBERTY OILFIELD SERVICES, LLC,** | § § § § § | |
| *Defendants*. | § | |

**DEFENDANT LIBERTY OILFIELD SERVICE'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Liberty Oilfield Services, LLC, files this Corporate Disclosure, stating that it does not have a parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated:  August 21, 2017

Respectfully submitted,

*/s/ Todd W. Mensing*
Todd W. Mensing
Texas Bar No. 24013156
tmensing@azalaw.com
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@azalaw.com
Scott W. Clark
Texas Bar No. 24007003
sclark@azalaw.com
Weining Bai
Texas Bar No. 24101477
wbai@azalaw.com
AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI &
    MENSING P.C.
1221 McKinney Street, Suite 2500
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

**ATTORNEYS FOR DEFENDANT
LIBERTY OILFIELD SERVICES, LLC.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2017, a copy of the foregoing was served electronically through the U.S. District Court, Southern District of Texas ECF system to all counsel of record all of whom are Filing Users of the Court's Electronic Filing System.

/s/ *Todd W. Mensing*
Todd W. Mensing