UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SANDBOX LOGISTICS LLC, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-589 |
| | § | |
| PROPPANT EXPRESS INVESTMENTS | § | |
| LLC, *et al*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER OF PARTIAL DISMISSAL

The plaintiffs (collectively, "Sandbox") and Defendant Liberty Oilfield Services, LLC ("Liberty") have settled all claims and counterclaims between them and have filed a joint stipulation of dismissal with prejudice (Dkt. 374). *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *see also National City Golf Finance v. Scott*, 899 F.3d 412, 415 n. 3 (5th Cir. 2018). Pursuant to that stipulation, all claims and counterclaims between Sandbox and Liberty are **DISMISSED WITH PREJUDICE**. Liberty is **TERMINATED** from this lawsuit.

SIGNED at Galveston, Texas, this 18th day of December, 2018.

_____
George C. Hanks Jr.
United States District Judge